UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C-15-0392 EMC |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| TRACFONE WIRELESS, INC., | |
| Defendant. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT, filed on February 20, 2015**. The Clerk of the Court is directed to close the file in this case.

Dated: July 2, 2015

_____
EDWARD M. CHEN
United States District Judge